2024R00627/MJB

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

FILED
JAN 15 2026
AT 8:30
CLERK, U.S. DISTRICT COURT - DNJ

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Robert Kirsch |
| v. | Crim. No. 26-40 |
| LAWRENCE HIGGS and TARIQ HAYWOOD-ECHOLS | 18 U.S.C. § 933(a)(3)<br>18 U.S.C. §§ 922(a)(1)(A), 923(a), 924(a)(1)(D)<br>18 U.S.C. § 922(o)<br>18 U.S.C. § 922(g)(1) |

## I N D I C T M E N T

The Grand Jury in and for the District of New Jersey, sitting at Trenton, charges as follows:

### Count One
(Conspiracy to Traffic Firearms)

From on or about July 8, 2024 through on or about September 10, 2025, in Somerset and Mercer Counties, in the District of New Jersey and elsewhere, the defendants,

**LAWRENCE HIGGS** and
**TARIQ HAYWOOD-ECHOLS**,

did knowingly and intentionally conspire and agree with each other and others to ship, transport, transfer, cause to be transported, and otherwise dispose of firearms to another person in and otherwise affecting interstate and foreign commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of the firearm by the recipient would constitute any offense under Federal or State law punishable by imprisonment for a term exceeding one year, contrary to Title 18, United States Code, Section 933(a)(1).

In violation of Title 18, United States Code, Section 933(a)(3).

## <u>COUNT TWO</u>
(Engaging in Unlicensed Firearms Dealing)

From on or about July 8, 2024 through on or about September 10, 2025, in Somerset and Mercer Counties, in the District of New Jersey and elsewhere, the defendants,

**LAWRENCE HIGGS** and
**TARIQ HAYWOOD-ECHOLS**,

neither being a licensed dealer, importer, or manufacturer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of manufacturing and dealing in firearms.

In violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

## COUNT THREE
(Unlawful Possession of Machine Guns)

On or about November 17, 2024, in Mercer County, in the District of New Jersey and elsewhere, the defendants,

**LAWRENCE HIGGS** and
**TARIQ HAYWOOD-ECHOLS**,

did knowingly possess machine guns, as defined in Title 26, United States Code, Section 5845(b), that is, fourteen Glock-type machine gun conversion devices.

In violation of Title 18, United States Code, Section 922(o)(1).

3

## **COUNT FOUR**
(Unlawful Possession of Firearms and Ammunition by a Felon)

On or about November 17, 2024, in Mercer County, in the District of New Jersey and elsewhere, the defendant,

**LAWRENCE HIGGS,**

knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year in the Superior Court of New Jersey, Essex County, did knowingly possess firearms, namely, a Radical Arms, model RF-15, multi-caliber pistol, with serial number 23-002941, loaded with 11 rounds of .300 caliber ammunition and a Ruger, model 10/22, .22 caliber short-barreled rifle, with serial number 123-20503, loaded with ten rounds of .22 caliber ammunition, and said firearms and ammunition were in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

4

## COUNT FIVE
(Unlawful Possession of Firearms and Ammunition by a Felon)

On or about November 17, 2024, in Mercer County, in the District of New Jersey and elsewhere, the defendant,

## TARIQ HAYWOOD-ECHOLS,

knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year in the Superior Court of New Jersey, Essex County, did knowingly possess firearms, namely, a Radical Arms, model RF-15, multi-caliber pistol, with serial number 23-002941, loaded with 11 rounds of .300 caliber ammunition and a Ruger, model 10/22, .22 caliber short-barreled rifle, with serial number 123-20503, loaded with ten rounds of .22 caliber ammunition, and said firearms and ammunition were in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

5

## FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count One of the Indictment, the defendants,

**LAWRENCE HIGGS** and
**TARIQ HAYWOOD-ECHOLS**,

shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 924(d) and 934 and Title 28, United States Code, Section 2461(c),

a. any firearms and ammunition involved or used in the commission of this offense;

b. any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation, including but not limited to proceeds that the defendants obtained from a law enforcement confidential source on or about July 8, 2024, September 21, 2024, November 17, 2024, August 22, 2025, and September 10, 2025; and

c. any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

A TRUE BILL

_____
FOREPERSON

TODD BLANCHE
United States Deputy Attorney General

PHILIP W. LAMPARELLO
Senior Counsel

/s/ Matthew J. Belgiovine
Matthew J. Belgiovine
Assistant United States Attorney

Approved:

/s/ R. David Walk, Jr.
R. David Walk, Jr.
Deputy United States Attorney

7

CASE NUMBER: 26-CR-40 (RK)

# United States District Court
# District of New Jersey

## UNITED STATES OF AMERICA

v.

## LAWRENCE HIGGS and
## TARIQ HAYWOOD-ECHOLS

# INDICTMENT FOR

18 U.S.C. § 933(a)(3)
18 U.S.C. §§ 922(a)(1)(A), 923(a), 924(a)(1)(D)
18 U.S.C. §§ 922(o)
18 U.S.C. § 922(g)(1)

A True Bill,



Foreperson

TODD BLANCHE
UNITED STATES DEPUTY ATTORNEY GENERAL

PHILIP LAMPARELLO
SENIOR COUNSEL

MATTHEW J. BELGIOVINE
ASSISTANT U.S. ATTORNEY
TRENTON, NEW JERSEY
973.856.9179